**Stacy BAINBRIDGE, alias Slim, v. STATE.**

No. 16405.

Court of Criminal Appeals of Texas.

Oct. 11, 1933.

---

A. U. Puckitt, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery; punishment being assessed at twenty-five years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not wish to further prosecute his appeal.

In compliance with his request, the appeal is ordered dismissed.

---

**Clarence BROWN v. STATE.**

No. 16321.

Court of Criminal Appeals of Texas.

Oct. 11, 1933.

---

Will S. Payne, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is rape; the punishment, confinement in the penitentiary for fifty years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**Jim CRAIG v. STATE.**

No. 16418.

Court of Criminal Appeals of Texas.

Oct. 18, 1933.

---

Charles J. Stein and John J. Pichinson, both of Corpus Christi, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is assault with intent to rape; the punishment, confinement in the penitentiary for a term of eighteen years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.